**No. 60260.**—Keer, Maurer Company and Wallworth Company *v.* United States, protests 194183–K, etc. (Philadelphia).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of thread waste of wool threads and threads which are a combination of wool and cotton, wool and rayon, or all cotton of the same kind in all material respects as those the subject of Abstract 59622, the claim of the plaintiffs was sustained.